UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re: RITTER CHEMICAL, LLC § Case No. 314-30160RLD7
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 14, 2014. The undersigned trustee was appointed on January 14, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $           377,832.61

   Funds were disbursed in the following amounts:
   Payments made under an
     interim distribution                                              0.00
   Administrative expenses                                         52,033.00
   Bank service fees                                                5,917.89
   Other payments to creditors                                          0.00
   Non-estate funds paid to 3rd Parties                                 0.00
   Exemptions paid to the debtor                                        0.00
   Other payments to the debtor                                         0.00

   Leaving a balance on hand of [1]      $           319,881.72

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/23/2014 and the deadline for filing governmental claims was 07/13/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $22,141.63. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $22,141.63, for a total compensation of $22,141.63.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $26.60, for total expenses of $26.60.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/16/2017     By: /s/KENNETH S. EILER
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 314-30160RLD7  
**Case Name:** RITTER CHEMICAL, LLC

**Period Ending:** 03/16/17

**Trustee:** (570100) KENNETH S. EILER  
**Filed (f) or Converted (c):** 01/14/14 (f)  
**§341(a) Meeting Date:** 02/13/14  
**Claims Bar Date:** 05/23/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Funds from Closed Key Bank Account | 1,507.56 | 1,507.56 | | 1,507.61 | FA |
| 2 | Membership interest in Joint Glyphosate Task<br>   DKT. #89;  NOTE - SOLD PRIOR TO LOCAL RULE<br>CHANGE REQUIRING SUBSEQUENT FILING OF<br>REPORT OF SALE | Unknown | 0.00 | | 25,000.00 | FA |
| 3 | Royalty due from Aldis Manufacturing, LLC for im | 22,050.00 | 22,050.00 | | 33,075.00 | FA |
| 4 | Trademark Sublicense and EPA Registration<br>   DETERMINED NO VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Glyphosate EPA Registration<br>   CANCELED PER SETTLEMENT NOTICE AT DKT.<br>#56 | Unknown | 0.00 | | 0.00 | FA |
| 6 | PREFERENCE CLAIM AGAINST VALENT<br>   DKT. #70 | 82,500.00 | 82,500.00 | | 41,250.00 | FA |
| 7 | PREFERENCE CLAIM AGAINST ALDIS  (u)<br>   SETTLED PER DKT. #77 | 0.00 | 515,864.00 | | 275,000.00 | FA |
| 8 | JUDGMENT AGAINST SPRAY DRIFT TASK FORCE<br>(u)<br>   SOLD PER DKT. #85 | 0.00 | 134,657.29 | | 2,000.00 | FA |
| 9 | VOID | Unknown | Unknown | | 0.00 | FA |
| 10 | CLEO TRADEMARK  (u)<br>   DKT. #87 | 0.00 | 0.00 | OA | 0.00 | FA |
| 10 | **Assets**    Totals (Excluding unknown values) | **$106,057.56** | **$756,578.85** | | **$377,832.61** | **$0.00** |

**Major Activities Affecting Case Closing:**

   TFR FILED

Printed: 03/16/2017 08:54 AM     V.13.30

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 314-30160RLD7  **Trustee:** (570100) KENNETH S. EILER
**Case Name:** RITTER CHEMICAL, LLC  **Filed (f) or Converted (c):** 01/14/14 (f)
 **§341(a) Meeting Date:** 02/13/14
**Period Ending:** 03/16/17  **Claims Bar Date:** 05/23/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**  December 1, 2015  **Current Projected Date Of Final Report (TFR):**  February 2, 2017 (Actual)

Exhibit B

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 314-30160RLD7  
**Case Name:** RITTER CHEMICAL, LLC  

**Taxpayer ID #:** **-***2790  
**Period Ending:** 03/16/17

**Trustee:** KENNETH S. EILER (570100)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0166 - Checking Account  
**Blanket Bond:** $65,574,033.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 02/20/14 | | RITTER | BANK FUNDS | | | 1,497.61 | | 1,497.61 |
| | {1} | | BANK FUNDS | 1,507.61 | 1129-000 | | | 1,497.61 |
| | | | BANK FEES FOR CASHIER'S CHECK | -10.00 | 2990-000 | | | 1,497.61 |
| 02/27/14 | 101 | BALL JANIK | COSTS FOR 341A HEARING TRANSCRIPT | | 2990-000 | | 210.00 | 1,287.61 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,277.61 |
| 03/10/14 | 102 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/10/2014 FOR CASE #314-30160RLD7, BOND # 016027975 Voided on 03/10/14 | | 2300-000 | | 0.70 | 1,276.91 |
| 03/10/14 | 102 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/10/2014 FOR CASE #314-30160RLD7, BOND # 016027975 Voided: check issued on 03/10/14 | | 2300-000 | | -0.70 | 1,277.61 |
| 03/17/14 | 103 | STATE OF NEVADA -- SECRETARY OF STATE | BUSINESS LICENSE FEES | | 2990-000 | | 500.00 | 777.61 |
| 03/28/14 | {3} | ALDIS MANUFACTURING | ROYALTY PAYMENT | | 1129-000 | 22,050.00 | | 22,827.61 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 22,817.61 |
| 04/15/14 | 104 | OREGON DEPARTMENT OF REVENUE | 2013 EXTENSION -- 20-2852790 | | 2820-000 | | 150.00 | 22,667.61 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 32.89 | 22,634.72 |
| 05/18/14 | {3} | ALDIS MANUFACTURING | ROYALTY PAYMENT | | 1129-000 | 3,675.00 | | 26,309.72 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 34.43 | 26,275.29 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 36.53 | 26,238.76 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 41.51 | 26,197.25 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 36.42 | 26,160.83 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 40.13 | 26,120.70 |
| 10/01/14 | {2} | AGSAVER | PAYMENT FOR GLYPHOSATE SEAT | | 1129-000 | 25,000.00 | | 51,120.70 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 73.58 | 51,047.12 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 66.07 | 50,981.05 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 83.10 | 50,897.95 |
| 01/23/15 | {3} | ALDIS MANUFACTURING | ROYALTIES | | 1129-000 | 7,350.00 | | 58,247.95 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 74.61 | 58,173.34 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 78.09 | 58,095.25 |
| 03/03/15 | 105 | OREGON DEPARTMENT OF REVENUE | 2013 EXTENSION -- 20-2852790 | | 2820-000 | | 150.00 | 57,945.25 |
| 03/26/15 | 106 | Internal Revenue Service | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/26/2015 FOR CASE | | 2300-000 | | 70.59 | 57,874.66 |

Subtotals : $59,572.61   $1,697.95

{} Asset reference(s)

Printed: 03/16/2017 08:54 AM    V.13.30

Case 14-30160-tmb7    Doc 93    Filed 03/16/17

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 314-30160RLD7  
**Case Name:** RITTER CHEMICAL, LLC  

**Taxpayer ID #:** **-***2790  
**Period Ending:** 03/16/17  

**Trustee:** KENNETH S. EILER (570100)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0166 - Checking Account  
**Blanket Bond:** $65,574,033.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #314-30160RLD7, BOND # 016027975<br>Voided on 03/26/15 | | | | |
| 03/26/15 | 106 | Internal Revenue Service | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/26/2015 FOR CASE #314-30160RLD7, BOND # 016027975<br>Voided: check issued on 03/26/15 | 2300-000 | | -70.59 | 57,945.25 |
| 03/26/15 | 107 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/26/2015 FOR CASE #314-30160RLD7 | 2300-000 | | 70.59 | 57,874.66 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.00 | 57,785.66 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.11 | 57,702.55 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.22 | 57,622.33 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.40 | 57,533.93 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.51 | 57,448.42 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.87 | 57,368.55 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.02 | 57,280.53 |
| 10/09/15 | {6} | VALENT | SETTLEMENT PAYMENT | 1141-000 | 41,250.00 | | 98,530.53 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 116.00 | 98,414.53 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 136.83 | 98,277.70 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 155.50 | 98,122.20 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 136.06 | 97,986.14 |
| 02/22/16 | 108 | OREGON DEPARTMENT OF REVENUE | 2015 EXTENSION -- 20-2852790 | 2820-000 | | 150.00 | 97,836.14 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 135.85 | 97,700.29 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 154.17 | 97,546.12 |
| 04/02/16 | 109 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/02/2016 FOR CASE #314-30160RLD7, BOND # 016027975 | 2300-000 | | 89.64 | 97,456.48 |
| 04/20/16 | {7} | ALDIS MANUFACTURING | PAYMENT ON SETTLEMENT | 1241-000 | 100,000.00 | | 197,456.48 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 173.41 | 197,283.07 |
| 05/24/16 | 110 | BALL JANIK LLP | ATTORNEY FEES AND COSTS PER DKT. #83 | | | 50,762.77 | 146,520.30 |
| | | | EXPENSES    2,224.77 | 3220-000 | | | 146,520.30 |
| | | | FEES    48,538.00 | 3210-000 | | | 146,520.30 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 273.55 | 146,246.75 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 238.07 | 146,008.68 |
| 07/01/16 | {7} | ALDIS MANUFACTURING | PAYMENT ON SETTLEMENT | 1241-000 | 50,000.00 | | 196,008.68 |
| 07/12/16 | {7} | ALDIS CHEMICAL | PAYMENT ON SETTLEMENT | 1241-000 | 62,500.00 | | 258,508.68 |
| | | | Subtotals : | | $253,750.00 | $53,115.98 | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 314-30160RLD7
**Case Name:** RITTER CHEMICAL, LLC

**Taxpayer ID #:** **-***2790
**Period Ending:** 03/16/17

**Trustee:** KENNETH S. EILER (570100)
**Bank Name:** Rabobank, N.A.
**Account:** ******0166 - Checking Account
**Blanket Bond:** $65,574,033.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/18/16 | {7} | ALDIS MANUFACTURING | PAYMENT ON SETTLEMENT | 1241-000 | 62,500.00 | | 321,008.68 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 334.54 | 320,674.14 |
| 07/31/16 | | BALL JANIK | REFUND OF FEES PREVIOUSLY PAID | 2990-000 | | -210.00 | 320,884.14 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 506.27 | 320,377.87 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 459.55 | 319,918.32 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 443.60 | 319,474.72 |
| 11/02/16 | {8} | MONSANTO | PAYMENT ON SALE OF JUDGMENT | 1249-000 | 2,000.00 | | 321,474.72 |
| 11/14/16 | 111 | OREGON DEPARTMENT OF REVENUE | 2016 FINAL RETURN -- 20-2852790 | 2820-000 | | 150.00 | 321,324.72 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 491.37 | 320,833.35 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 460.20 | 320,373.15 |
| 01/19/17 | 112 | BALL JANIK | COSTS FOR 341A HEARING TRANSCRIPT - PREVIOUSLY REFUNDED IN ERROR | 2990-000 | | 210.00 | 320,163.15 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 491.43 | 319,671.72 |
| 03/11/17 | | BALL JANIK | OVERPAYMENT OF EXPENSE CLAIM | 3220-000 | | -210.00 | 319,881.72 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **377,822.61** | **57,940.89** | **$319,881.72** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **377,822.61** | **57,940.89** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$377,822.61** | **$57,940.89** | |

| | |
|---|---|
| Net Receipts : | 377,822.61 |
| Plus Gross Adjustments : | 10.00 |
| Net Estate : | $377,832.61 |

| **TOTAL - ALL ACCOUNTS** | **Net Receipts** | **Net Disbursements** | **Account Balances** |
|---|---|---|---|
| **Checking # ******0166** | **377,822.61** | **57,940.89** | **319,881.72** |
| | **$377,822.61** | **$57,940.89** | **$319,881.72** |

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 23, 2014

**Case Number:** 314-30160RLD7  
**Debtor Name:** RITTER CHEMICAL, LLC

Page: 1

**Date:** March 16, 2017  
**Time:** 08:55:00 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | KENNETH S. EILER<br>PMB 810<br>515 NW SALTZMAN RD<br>PORTLAND, OR 97229 | Admin Ch. 7 | | $22,141.63 | $0.00 | 22,141.63 |
| 200 | KENNETH S. EILER<br>PMB 810<br>515 NW SALTZMAN RD<br>PORTLAND, OR 97229 | Admin Ch. 7 | | $26.60 | $0.00 | 26.60 |
| 11<br>200 | BALL JANIK LLP | Admin Ch. 7 | | $60,672.50 | $48,538.00 | 12,134.50 |
| 11A<br>200 | BALL JANIK LLP | Admin Ch. 7 | | $2,224.77 | $2,224.77 | 0.00 |
| 12<br>200 | Henderson Bennington Moshofsky PC<br>Attn: Judith Bennington<br>4800 SW Griffith Dr #350<br>Beaverton, OR 97005 | Admin Ch. 7 | REVIEWED NO OBJECTION | $11,369.00 | $0.00 | 11,369.00 |
| 12A<br>200 | Henderson Bennington Moshofsky PC<br>Attn: Judith Bennington<br>4800 SW Griffith Dr #350<br>Beaverton, OR 97005 | Admin Ch. 7 | | $37.75 | $0.00 | 37.75 |
| 510 | OREGON DEPARTMENT OF REVENUE | Priority | [Employee OR Income Tax Distribution:<br>   Claim    4P   $540.00   Eric C. Gross<br>] | $540.00 | $0.00 | 540.00 |
| 510 | INTERNAL REVENUE SERVICE<br>IRS SERVICE CENTER<br>OGDEN, UT 84201-0005 | Priority | [Employee FICA Distribution:<br>   Claim    4P   $372.00   Eric C. Gross<br>] | $372.00 | $0.00 | 372.00 |
| 510 | INTERNAL REVENUE SERVICE<br>IRS SERVICE CENTER<br>OGDEN, UT 84201-0005 | Priority | [Employee Income Tax Distribution:<br>   Claim    4P   $1500.00   Eric C. Gross<br>] | $1,500.00 | $0.00 | 1,500.00 |
| 510 | INTERNAL REVENUE SERVICE<br>IRS SERVICE CENTER<br>OGDEN, UT 84201-0005 | Priority | [Employee Medicare Distribution:<br>   Claim    4P   $87.00   Eric C. Gross<br>] | $87.00 | $0.00 | 87.00 |
| 4P<br>510 | Eric C. Gross<br>15430 NW Satellite Dr.<br>Banks, OR 97106 | Priority | REVIEWED NO OBJECTIONS<br><br>[Gross Wage $6000.00 Less Taxes = Net $3501.00 FICA $372.00 Income Tax $1500.00 Medicare $87.00 OR Income Tax $540.00] | $3,501.00 | $0.00 | 3,501.00 |

# E X H I B I T  A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 23, 2014

**Case Number:** 314-30160RLD7  
**Debtor Name:** RITTER CHEMICAL, LLC

Page: 2

**Date:** March 16, 2017  
**Time:** 08:55:01 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 570 | INTERNAL REVENUE SERVICE<br>IRS SERVICE CENTER<br>OGDEN, UT 84201-0005 | Priority | [Employer FUTA Distribution:<br>   Claim    4P  $36.00  Eric C. Gross<br>] | $36.00 | $0.00 | 36.00 |
| 570 | INTERNAL REVENUE SERVICE<br>IRS SERVICE CENTER<br>OGDEN, UT 84201-0005 | Priority | [Employer FICA Distribution:<br>   Claim    4P  $372.00  Eric C. Gross<br>] | $372.00 | $0.00 | 372.00 |
| 570 | TRI-MET | Priority | [Employer TRI-MET Distribution:<br>   Claim    4P  $44.62  Eric C. Gross<br>] | $44.62 | $0.00 | 44.62 |
| 570 | INTERNAL REVENUE SERVICE<br>IRS SERVICE CENTER<br>OGDEN, UT 84201-0005 | Priority | [Employer Medicare Distribution:<br>   Claim    4P  $87.00  Eric C. Gross<br>] | $87.00 | $0.00 | 87.00 |
| 570 | OREGON DEPARTMENT OF REVENUE | Priority | [Employer OR SUTA Distribution:<br>   Claim    4P  $156.00  Eric C. Gross<br>] | $156.00 | $0.00 | 156.00 |
| 1<br>610 | Interstate AG Plastics<br>PO Box 265<br>Buttonwillow, CA 93206 | Unsecured | REVIEWED NO OBJECTIONS | $16,658.38 | $0.00 | 16,658.38 |
| 2<br>610 | Crop Data Management Systems, Inc.<br>423 Fourth Street, Seventh Floor<br>Marysville, CA 95901 | Unsecured | 7506<br>REVIEWED NO OBJECTIONS | $4,550.83 | $0.00 | 4,550.83 |
| 3<br>610 | American Arbitration Association<br>120 Broadway 21st floor<br>New York, NY 10271 | Unsecured | REVIEWED NO OBJECTIONS | $28,567.28 | $0.00 | 28,567.28 |
| 4U<br>610 | Eric C. Gross<br>15430 NW Satellite Dr.<br>Banks, OR 97106 | Unsecured |  | $12,750.00 | $0.00 | 12,750.00 |
| 5<br>610 | Aldis Manufacturing, LTD<br>9282 Baythorne Dr.<br>Houston, TX 77041 | Unsecured | W/D PER DKT. #77 | $0.00 | $0.00 | 0.00 |
| 6<br>610 | Monsanto Company<br>c/o Teresa H. Pearson,Miller Nash<br>LLP,111 S.W. Fifth Avenue, Suite 3400<br>Portland, OR 97204 | Unsecured | REVIEWED NO OBJECTIONS | $1,867,815.85 | $0.00 | 1,867,815.85 |
| 7<br>610 | Aldis Sales, LTD<br>1920 N. Memorial Way, Ste 205<br>Houston, TX 77007 | Unsecured | W/D PER DKT. #77 | $0.00 | $0.00 | 0.00 |

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 23, 2014

**Case Number:** 314-30160RLD7  
**Debtor Name:** RITTER CHEMICAL, LLC

Page: 3

**Date:** March 16, 2017  
**Time:** 08:55:01 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8 610 | Agricultural Re-Entry Task Force, LLC c/o Anthony Michaels,Beveridge & Diamond, PC,1350 I St NW #700 Washington, DC 20005 | Unsecured | 5288 REVIEWED NO OBJECTIONS | $494,928.00 | $0.00 | 494,928.00 |
| 9 610 | Outdoor Residential Exposure Task Force, LLC c/o Anthony Michaels Beveridge & Diamond PC,1350 I St NW #700 Washington, DC 20005 | Unsecured | 2677 REVIEWED NO OBJECTIONS | $329,988.00 | $0.00 | 329,988.00 |
| 10 610 | Gustavo Bustos-Contreras c/o Chrisopher Coyle 319 SW Washington #520 Portland, OR 97204 | Unsecured | REVIEWED NO OBJECTIONS | $131,060.02 | $0.00 | 131,060.02 |
| **<< Totals >>** | | | | 2,989,486.23 | 50,762.77 | 2,938,723.46 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 314-30160RLD7
Case Name: RITTER CHEMICAL, LLC
Trustee Name: KENNETH S. EILER

**Balance on hand:** $ 319,881.72

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 319,881.72

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - KENNETH S. EILER | 22,141.63 | 0.00 | 22,141.63 |
| Trustee, Expenses - KENNETH S. EILER | 26.60 | 0.00 | 26.60 |
| Attorney for Trustee, Fees - BALL JANIK LLP | 60,672.50 | 48,538.00 | 12,134.50 |
| Attorney for Trustee, Expenses - BALL JANIK LLP | 2,224.77 | 2,224.77 | 0.00 |
| Accountant for Trustee, Fees - Henderson Bennington Moshofsky PC | 11,369.00 | 0.00 | 11,369.00 |
| Accountant for Trustee, Expenses - Henderson Bennington Moshofsky PC | 37.75 | 0.00 | 37.75 |

Total to be paid for chapter 7 administration expenses: $ 45,709.48
Remaining balance: $ 274,172.24

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 274,172.24

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,695.62 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | INTERNAL REVENUE SERVICE | 36.00 | 0.00 | 36.00 |
|  | INTERNAL REVENUE SERVICE | 372.00 | 0.00 | 372.00 |
|  | TRI-MET | 44.62 | 0.00 | 44.62 |
|  | INTERNAL REVENUE SERVICE | 87.00 | 0.00 | 87.00 |
|  | OREGON DEPARTMENT OF REVENUE | 156.00 | 0.00 | 156.00 |
| 4P | Eric C. Gross | 6,000.00 | 0.00 | 6,000.00 |

Total to be paid for priority claims: $ 6,695.62
Remaining balance: $ 267,476.62

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,886,318.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Interstate AG Plastics | 16,658.38 | 0.00 | 1,543.75 |
| 2 | Crop Data Management Systems, Inc. | 4,550.83 | 0.00 | 421.73 |
| 3 | American Arbitration Association | 28,567.28 | 0.00 | 2,647.34 |
| 4U | Eric C. Gross | 12,750.00 | 0.00 | 1,181.55 |
| 5 | Aldis Manufacturing, LTD | 0.00 | 0.00 | 0.00 |
| 6 | Monsanto Company | 1,867,815.85 | 0.00 | 173,091.46 |
| 7 | Aldis Sales, LTD | 0.00 | 0.00 | 0.00 |
| 8 | Agricultural Re-Entry Task Force, LLC | 494,928.00 | 0.00 | 45,865.23 |
| 9 | Outdoor Residential Exposure Task Force, LLC | 329,988.00 | 0.00 | 30,580.16 |
| 10 | Gustavo Bustos-Contreras | 131,060.02 | 0.00 | 12,145.40 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | |
|---|---|---:|---:|
| | Total to be paid for timely general unsecured claims: | **$** | 267,476.62 |
| | Remaining balance: | **$** | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---:|---:|
| | Total to be paid for tardy general unsecured claims: | **$** | 0.00 |
| | Remaining balance: | **$** | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---:|---:|
| | Total to be paid for subordinated claims: | **$** | 0.00 |
| | Remaining balance: | **$** | 0.00 |