# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF OREGON

In re: RITTER CHEMICAL, LLC § Case No. 314-30160RLD7
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KENNETH S. EILER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00       Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $268,308.58    Claims Discharged
                                                Without Payment: $2,646,785.11

Total Expenses of Administration: $109,524.03

---

3) Total gross receipts of $ 377,832.61 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $377,832.61 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 109,524.03 | 109,524.03 | 109,524.03 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 18,750.00 | 6,000.00 | 6,695.62 | 6,695.62 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 7,444,722.61 | 4,650,860.94 | 2,857,762.63 | 261,612.96 |
| **TOTAL DISBURSEMENTS** | $7,463,472.61 | $4,766,384.97 | $2,973,982.28 | $377,832.61 |

    4) This case was originally filed under Chapter 7 on January 14, 2014. The case was pending for 44 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/31/2017    By: /s/KENNETH S. EILER
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Funds from Closed Key Bank Account | 1129-000 | 1,507.61 |
| Membership interest in Joint Glyphosate Task | 1129-000 | 25,000.00 |
| Royalty due from Aldis Manufacturing, LLC for im | 1129-000 | 33,075.00 |
| PREFERENCE CLAIM AGAINST VALENT | 1141-000 | 41,250.00 |
| PREFERENCE CLAIM AGAINST ALDIS | 1241-000 | 275,000.00 |
| JUDGMENT AGAINST SPRAY DRIFT TASK FORCE | 1249-000 | 2,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$377,832.61** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - KENNETH S. EILER | 2100-000 | N/A | 22,141.63 | 22,141.63 | 22,141.63 |
| Trustee Expenses - KENNETH S. EILER | 2200-000 | N/A | 26.60 | 26.60 | 26.60 |
| Other - BALL JANIK LLP | 3210-000 | N/A | 66,536.16 | 66,536.16 | 66,536.16 |
| Other - BALL JANIK LLP | 3220-000 | N/A | 2,224.77 | 2,224.77 | 2,224.77 |
| Other - Henderson Bennington Moshofsky PC | 3410-000 | N/A | 11,369.00 | 11,369.00 | 11,369.00 |
| Other - Henderson Bennington Moshofsky PC | 3420-000 | N/A | 37.75 | 37.75 | 37.75 |
| Other - RITTER | 2990-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - BALL JANIK | 2990-000 | N/A | 210.00 | 210.00 | 210.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - STATE OF NEVADA -- SECRETARY OF STATE | 2990-000 | N/A | 500.00 | 500.00 | 500.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - OREGON DEPARTMENT OF REVENUE | 2820-000 | N/A | 150.00 | 150.00 | 150.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 32.89 | 32.89 | 32.89 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.43 | 34.43 | 34.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 36.53 | 36.53 | 36.53 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 41.51 | 41.51 | 41.51 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 36.42 | 36.42 | 36.42 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 40.13 | 40.13 | 40.13 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 73.58 | 73.58 | 73.58 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 66.07 | 66.07 | 66.07 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 83.10 | 83.10 | 83.10 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 74.61 | 74.61 | 74.61 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 78.09 | 78.09 | 78.09 |
| Other - OREGON DEPARTMENT OF REVENUE | 2820-000 | N/A | 150.00 | 150.00 | 150.00 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 70.59 | 70.59 | 70.59 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 89.00 | 89.00 | 89.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 83.11 | 83.11 | 83.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 80.22 | 80.22 | 80.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 88.40 | 88.40 | 88.40 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 85.51 | 85.51 | 85.51 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 79.87 | 79.87 | 79.87 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 88.02 | 88.02 | 88.02 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 116.00 | 116.00 | 116.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 136.83 | 136.83 | 136.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 155.50 | 155.50 | 155.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 136.06 | 136.06 | 136.06 |
| Other - OREGON DEPARTMENT OF REVENUE | 2820-000 | N/A | 150.00 | 150.00 | 150.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 135.85 | 135.85 | 135.85 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 154.17 | 154.17 | 154.17 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 89.64 | 89.64 | 89.64 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 173.41 | 173.41 | 173.41 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 273.55 | 273.55 | 273.55 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 238.07 | 238.07 | 238.07 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 334.54 | 334.54 | 334.54 |
| Other - BALL JANIK | 2990-000 | N/A | -210.00 | -210.00 | -210.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 506.27 | 506.27 | 506.27 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 459.55 | 459.55 | 459.55 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 443.60 | 443.60 | 443.60 |
| Other - OREGON DEPARTMENT OF REVENUE | 2820-000 | N/A | 150.00 | 150.00 | 150.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 491.37 | 491.37 | 491.37 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 460.20 | 460.20 | 460.20 |
| Other - BALL JANIK | 2990-000 | N/A | 210.00 | 210.00 | 210.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 491.43 | 491.43 | 491.43 |
| Other - BALL JANIK | 2990-000 | N/A | -210.00 | -210.00 | -210.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $109,524.03 | $109,524.03 | $109,524.03 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | INTERNAL REVENUE SERVICE | 5300-000 | N/A | N/A | 372.00 | 372.00 |
|  | OREGON DEPARTMENT OF REVENUE | 5300-000 | N/A | N/A | 540.00 | 540.00 |
|  | INTERNAL REVENUE SERVICE | 5300-000 | N/A | N/A | 1,500.00 | 1,500.00 |
|  | INTERNAL REVENUE SERVICE | 5300-000 | N/A | N/A | 87.00 | 87.00 |
|  | INTERNAL REVENUE SERVICE | 5800-000 | N/A | N/A | 36.00 | 36.00 |
|  | TRI-MET | 5800-000 | N/A | N/A | 44.62 | 44.62 |
|  | OREGON DEPARTMENT OF REVENUE | 5800-000 | N/A | N/A | 156.00 | 156.00 |
|  | INTERNAL REVENUE SERVICE | 5800-000 | N/A | N/A | 372.00 | 372.00 |
|  | INTERNAL REVENUE SERVICE | 5800-000 | N/A | N/A | 87.00 | 87.00 |
| 4P | Eric C. Gross | 5300-000 | 18,750.00 | 6,000.00 | 3,501.00 | 3,501.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** |  |  | **$18,750.00** | **$6,000.00** | **$6,695.62** | **$6,695.62** |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Interstate AG Plastics | 7100-000 | 15,370.70 | 16,658.38 | 16,658.38 | 1,524.99 |
| 2 | Crop Data Management Systems, Inc. | 7100-000 | N/A | 4,550.83 | 4,550.83 | 416.61 |
| 3 | American Arbitration Association | 7100-000 | 3,303.74 | 28,567.28 | 0.00 | 0.00 |
| 4U | Eric C. Gross | 7100-000 | N/A | 12,750.00 | 12,750.00 | 1,155.65 |
| 5 | Aldis Manufacturing, LTD | 7100-000 | 230,866.70 | 85,271.37 | 0.00 | 0.00 |
| 6 | Monsanto Company | 7100-000 | 1,840,100.05 | 1,867,815.85 | 1,867,815.85 | 170,989.28 |
| 7 | Aldis Sales, LTD | 7100-000 | 5,037,778.98 | 1,679,259.66 | 0.00 | 0.00 |
| 8 | Agricultural Re-Entry Task Force, LLC | 7100-000 | 160,000.00 | 494,928.00 | 494,928.00 | 45,308.21 |
| 9 | Outdoor Residential Exposure Task Force, LLC | 7100-000 | 106,667.00 | 329,988.00 | 329,988.00 | 30,208.77 |
| 10 | Gustavo Bustos-Contreras | 7100-000 | unknown | 131,060.02 | 131,060.02 | 11,997.90 |
| NOTFILED | Immix Law Group, PC c/o Jerry Carleton | 7100-000 | 37,555.44 | N/A | N/A | 0.00 |
| NOTFILED | Kevin McLean, Acting Assoc. Gen Counsel | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | CDMS | 7100-000 | 4,360.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | CDMS | 7100-000 | 4,360.00 | N/A | N/A | 0.00 |
| NOTFILED | CDMS | 7100-000 | 4,360.00 | N/A | N/A | 0.00 |
| | Eric C. Gross | 7100-000 | N/A | 11.55 | 11.55 | 11.55 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $7,444,722.61 | $4,650,860.94 | $2,857,762.63 | $261,612.96 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 314-30160RLD7  
**Case Name:** RITTER CHEMICAL, LLC

**Period Ending:** 08/31/17

**Trustee:** (570100) KENNETH S. EILER  
**Filed (f) or Converted (c):** 01/14/14 (f)  
**§341(a) Meeting Date:** 02/13/14  
**Claims Bar Date:** 05/23/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 Funds from Closed Key Bank Account | 1,507.56 | 1,507.56 | | 1,507.61 | FA |
| 2 Membership interest in Joint Glyphosate Task DKT. #89; NOTE - SOLD PRIOR TO LOCAL RULE CHANGE REQUIRING SUBSEQUENT FILING OF REPORT OF SALE | Unknown | 0.00 | | 25,000.00 | FA |
| 3 Royalty due from Aldis Manufacturing, LLC for im | 22,050.00 | 22,050.00 | | 33,075.00 | FA |
| 4 Trademark Sublicense and EPA Registration DETERMINED NO VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 5 Glyphosate EPA Registration CANCELED PER SETTLEMENT NOTICE AT DKT. #56 | Unknown | 0.00 | | 0.00 | FA |
| 6 PREFERENCE CLAIM AGAINST VALENT DKT. #70 | 82,500.00 | 82,500.00 | | 41,250.00 | FA |
| 7 PREFERENCE CLAIM AGAINST ALDIS (u) SETTLED PER DKT. #77 | 0.00 | 515,864.00 | | 275,000.00 | FA |
| 8 JUDGMENT AGAINST SPRAY DRIFT TASK FORCE (u) SOLD PER DKT. #85 | 0.00 | 134,657.29 | | 2,000.00 | FA |
| 9 VOID | Unknown | Unknown | | 0.00 | FA |
| 10 CLEO TRADEMARK (u) DKT. #87 | 0.00 | 0.00 | OA | 0.00 | FA |
| **10 Assets Totals** (Excluding unknown values) | **$106,057.56** | **$756,578.85** | | **$377,832.61** | **$0.00** |

**Major Activities Affecting Case Closing:**

WAITING FOR ZERO

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 314-30160RLD7  **Trustee:** (570100) KENNETH S. EILER
**Case Name:** RITTER CHEMICAL, LLC  **Filed (f) or Converted (c):** 01/14/14 (f)
  **§341(a) Meeting Date:** 02/13/14
**Period Ending:** 08/31/17  **Claims Bar Date:** 05/23/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**  December 1, 2015  **Current Projected Date Of Final Report (TFR):**  February 2, 2017 (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 314-30160RLD7  
**Case Name:** RITTER CHEMICAL, LLC  
**Taxpayer ID #:** **-***2790  
**Period Ending:** 08/31/17  

**Trustee:** KENNETH S. EILER (570100)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0166 - Checking Account  
**Blanket Bond:** $63,926,457.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/20/14 | | RITTER | BANK FUNDS | | 1,497.61 | | 1,497.61 |
| | {1} | | BANK FUNDS            1,507.61 | 1129-000 | | | 1,497.61 |
| | | | BANK FEES FOR           -10.00 CASHIER'S CHECK | 2990-000 | | | 1,497.61 |
| 02/27/14 | 101 | BALL JANIK | COSTS FOR 341A HEARING TRANSCRIPT | 2990-000 | | 210.00 | 1,287.61 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,277.61 |
| 03/10/14 | 102 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/10/2014 FOR CASE #314-30160RLD7, BOND # 016027975 Voided on 03/10/14 | 2300-000 | | 0.70 | 1,276.91 |
| 03/10/14 | 102 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/10/2014 FOR CASE #314-30160RLD7, BOND # 016027975 Voided: check issued on 03/10/14 | 2300-000 | | -0.70 | 1,277.61 |
| 03/17/14 | 103 | STATE OF NEVADA -- SECRETARY OF STATE | BUSINESS LICENSE FEES | 2990-000 | | 500.00 | 777.61 |
| 03/28/14 | {3} | ALDIS MANUFACTURING | ROYALTY PAYMENT | 1129-000 | 22,050.00 | | 22,827.61 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 22,817.61 |
| 04/15/14 | 104 | OREGON DEPARTMENT OF REVENUE | 2013 EXTENSION  --  20-2852790 | 2820-000 | | 150.00 | 22,667.61 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.89 | 22,634.72 |
| 05/18/14 | {3} | ALDIS MANUFACTURING | ROYALTY PAYMENT | 1129-000 | 3,675.00 | | 26,309.72 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.43 | 26,275.29 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.53 | 26,238.76 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.51 | 26,197.25 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.42 | 26,160.83 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.13 | 26,120.70 |
| 10/01/14 | {2} | AGSAVER | PAYMENT FOR GLYPHOSATE SEAT | 1129-000 | 25,000.00 | | 51,120.70 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.58 | 51,047.12 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.07 | 50,981.05 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.10 | 50,897.95 |
| 01/23/15 | {3} | ALDIS MANUFACTURING | ROYALTIES | 1129-000 | 7,350.00 | | 58,247.95 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 74.61 | 58,173.34 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.09 | 58,095.25 |
| 03/03/15 | 105 | OREGON DEPARTMENT OF REVENUE | 2013 EXTENSION  --  20-2852790 | 2820-000 | | 150.00 | 57,945.25 |
| 03/26/15 | 106 | Internal Revenue Service | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/26/2015 FOR CASE | 2300-000 | | 70.59 | 57,874.66 |

Subtotals :   $59,572.61   $1,697.95

{} Asset reference(s)

Printed: 08/31/2017 01:56 PM    V.13.30

Case 14-30160-tmb7    Doc 102    Filed 09/27/17

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 314-30160RLD7  
**Case Name:** RITTER CHEMICAL, LLC  

**Taxpayer ID #:** **-***2790  
**Period Ending:** 08/31/17  

**Trustee:** KENNETH S. EILER (570100)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0166 - Checking Account  
**Blanket Bond:** $63,926,457.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | #314-30160RLD7, BOND # 016027975 Voided on 03/26/15 | | | | |
| 03/26/15 | 106 | Internal Revenue Service | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/26/2015 FOR CASE #314-30160RLD7, BOND # 016027975 Voided: check issued on 03/26/15 | 2300-000 | | -70.59 | 57,945.25 |
| 03/26/15 | 107 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/26/2015 FOR CASE #314-30160RLD7 | 2300-000 | | 70.59 | 57,874.66 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.00 | 57,785.66 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.11 | 57,702.55 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.22 | 57,622.33 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.40 | 57,533.93 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.51 | 57,448.42 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.87 | 57,368.55 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.02 | 57,280.53 |
| 10/09/15 | {6} | VALENT | SETTLEMENT PAYMENT | 1141-000 | 41,250.00 | | 98,530.53 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 116.00 | 98,414.53 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 136.83 | 98,277.70 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 155.50 | 98,122.20 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 136.06 | 97,986.14 |
| 02/22/16 | 108 | OREGON DEPARTMENT OF REVENUE | 2015 EXTENSION -- 20-2852790 | 2820-000 | | 150.00 | 97,836.14 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 135.85 | 97,700.29 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 154.17 | 97,546.12 |
| 04/02/16 | 109 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/02/2016 FOR CASE #314-30160RLD7, BOND # 016027975 | 2300-000 | | 89.64 | 97,456.48 |
| 04/20/16 | {7} | ALDIS MANUFACTURING | PAYMENT ON SETTLEMENT | 1241-000 | 100,000.00 | | 197,456.48 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 173.41 | 197,283.07 |
| 05/24/16 | 110 | BALL JANIK LLP | ATTORNEY FEES AND COSTS PER DKT. #83 | | | 50,762.77 | 146,520.30 |
| | | | EXPENSES          2,224.77 | 3220-000 | | | 146,520.30 |
| | | | FEES          48,538.00 | 3210-000 | | | 146,520.30 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 273.55 | 146,246.75 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 238.07 | 146,008.68 |
| 07/01/16 | {7} | ALDIS MANUFACTURING | PAYMENT ON SETTLEMENT | 1241-000 | 50,000.00 | | 196,008.68 |
| 07/12/16 | {7} | ALDIS CHEMICAL | PAYMENT ON SETTLEMENT | 1241-000 | 62,500.00 | | 258,508.68 |

Subtotals : $253,750.00  $53,115.98

{} Asset reference(s)

Printed: 08/31/2017 01:56 PM   V.13.30

Case 14-30160-tmb7    Doc 102    Filed 09/27/17

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 314-30160RLD7  
**Case Name:** RITTER CHEMICAL, LLC  

**Taxpayer ID #:** **-***2790  
**Period Ending:** 08/31/17  

**Trustee:** KENNETH S. EILER (570100)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0166 - Checking Account  
**Blanket Bond:** $63,926,457.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/18/16 | {7} | ALDIS MANUFACTURING | PAYMENT ON SETTLEMENT | 1241-000 | 62,500.00 | | 321,008.68 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 334.54 | 320,674.14 |
| 07/31/16 | | BALL JANIK | REFUND OF FEES PREVIOUSLY PAID | 2990-000 | | -210.00 | 320,884.14 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 506.27 | 320,377.87 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 459.55 | 319,918.32 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 443.60 | 319,474.72 |
| 11/02/16 | {8} | MONSANTO | PAYMENT ON SALE OF JUDGMENT | 1249-000 | 2,000.00 | | 321,474.72 |
| 11/14/16 | 111 | OREGON DEPARTMENT OF REVENUE | 2016 FINAL RETURN -- 20-2852790 | 2820-000 | | 150.00 | 321,324.72 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 491.37 | 320,833.35 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 460.20 | 320,373.15 |
| 01/19/17 | 112 | BALL JANIK | COSTS FOR 341A HEARING TRANSCRIPT - PREVIOUSLY REFUNDED IN ERROR | 2990-000 | | 210.00 | 320,163.15 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 491.43 | 319,671.72 |
| 03/11/17 | | BALL JANIK | OVERPAYMENT OF EXPENSE CLAIM | 2990-000 | | -210.00 | 319,881.72 |
| 05/17/17 | 113 | BALL JANIK LLP | Dividend paid 100.00% on $66,536.16, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 17,998.16 | 301,883.56 |
| 05/17/17 | 114 | Henderson Bennington Moshofsky PC | Dividend paid 100.00% on $11,369.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 11,369.00 | 290,514.56 |
| 05/17/17 | 115 | Henderson Bennington Moshofsky PC | Dividend paid 100.00% on $37.75, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 37.75 | 290,476.81 |
| 05/17/17 | 116 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $372.00; Filed: $0.00 for FICA<br>Stopped on 05/17/17 | 5300-000 | | 372.00 | 290,104.81 |
| 05/17/17 | 116 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $372.00; Filed: $0.00 for FICA<br>Stopped: check issued on 05/17/17 | 5300-000 | | -372.00 | 290,476.81 |
| 05/17/17 | 117 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $1,500.00; Filed: $0.00 for Income Tax<br>Stopped on 05/17/17 | 5300-000 | | 1,500.00 | 288,976.81 |
| 05/17/17 | 117 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $1,500.00; Filed: $0.00 for Income Tax<br>Stopped: check issued on 05/17/17 | 5300-000 | | -1,500.00 | 290,476.81 |
| 05/17/17 | 118 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $87.00; Filed: $0.00 for Medicare<br>Stopped on 05/17/17 | 5300-000 | | 87.00 | 290,389.81 |

Subtotals : $64,500.00 $32,618.87

{} Asset reference(s)

Printed: 08/31/2017 01:56 PM V.13.30

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 314-30160RLD7
**Case Name:** RITTER CHEMICAL, LLC

**Taxpayer ID #:** **-***2790
**Period Ending:** 08/31/17

**Trustee:** KENNETH S. EILER (570100)
**Bank Name:** Rabobank, N.A.
**Account:** ******0166 - Checking Account
**Blanket Bond:** $63,926,457.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/17/17 | 118 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $87.00; Filed: $0.00 for Medicare  Stopped: check issued on 05/17/17 | 5300-000 | | -87.00 | 290,476.81 |
| 05/17/17 | 119 | OREGON DEPARTMENT OF REVENUE | Dividend paid 100.00% on $540.00; Filed: $0.00 for OR Income Tax  Stopped on 05/17/17 | 5300-000 | | 540.00 | 289,936.81 |
| 05/17/17 | 119 | OREGON DEPARTMENT OF REVENUE | Dividend paid 100.00% on $540.00; Filed: $0.00 for OR Income Tax  Stopped: check issued on 05/17/17 | 5300-000 | | -540.00 | 290,476.81 |
| 05/17/17 | 120 | Eric C. Gross | Account Number If Known: | 5300-000 | | 3,501.00 | 286,975.81 |
| 05/17/17 | 121 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $372.00; Filed: $0.00 for FICA  Stopped on 05/17/17 | 5800-000 | | 372.00 | 286,603.81 |
| 05/17/17 | 121 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $372.00; Filed: $0.00 for FICA  Stopped: check issued on 05/17/17 | 5800-000 | | -372.00 | 286,975.81 |
| 05/17/17 | 122 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $36.00; Filed: $0.00 for FUTA  Stopped on 05/17/17 | 5800-000 | | 36.00 | 286,939.81 |
| 05/17/17 | 122 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $36.00; Filed: $0.00 for FUTA  Stopped: check issued on 05/17/17 | 5800-000 | | -36.00 | 286,975.81 |
| 05/17/17 | 123 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $87.00; Filed: $0.00 for Medicare  Stopped on 05/17/17 | 5800-000 | | 87.00 | 286,888.81 |
| 05/17/17 | 123 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $87.00; Filed: $0.00 for Medicare  Stopped: check issued on 05/17/17 | 5800-000 | | -87.00 | 286,975.81 |
| 05/17/17 | 124 | TRI-MET | Dividend paid 100.00% on $44.62; Filed: $0.00 for TRI-MET  Stopped on 05/17/17 | 5800-000 | | 44.62 | 286,931.19 |
| 05/17/17 | 124 | TRI-MET | Dividend paid 100.00% on $44.62; Filed: $0.00 for TRI-MET  Stopped: check issued on 05/17/17 | 5800-000 | | -44.62 | 286,975.81 |
| 05/17/17 | 125 | OREGON DEPARTMENT OF REVENUE | Dividend paid 100.00% on $156.00; Filed: $0.00 for OR SUTA  Stopped on 05/17/17 | 5800-000 | | 156.00 | 286,819.81 |
| 05/17/17 | 125 | OREGON DEPARTMENT OF REVENUE | Dividend paid 100.00% on $156.00; Filed: $0.00 for OR SUTA | 5800-000 | | -156.00 | 286,975.81 |

Subtotals : $0.00 $3,414.00

{} Asset reference(s)

Printed: 08/31/2017 01:56 PM V.13.30

Case 14-30160-tmb7    Doc 102    Filed 09/27/17

Exhibit 9

Page: 5

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 314-30160RLD7 | | Trustee: | KENNETH S. EILER (570100) |
|---|---|---|---|---|
| Case Name: | RITTER CHEMICAL, LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******0166 - Checking Account |
| Taxpayer ID #: | **-***2790 | | Blanket Bond: | $63,926,457.00 (per case limit) |
| Period Ending: | 08/31/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Stopped: check issued on 05/17/17 | | | | |
| 05/17/17 | 126 | Interstate AG Plastics | Account Number If Known: | 7100-000 | | 1,509.90 | 285,465.91 |
| 05/17/17 | 127 | Crop Data Management Systems, Inc. | Account Number If Known: 7506 | 7100-000 | | 412.48 | 285,053.43 |
| 05/17/17 | 128 | American Arbitration Association | Account Number If Known: Stopped on 06/10/17 | 7100-000 | | 2,589.31 | 282,464.12 |
| 05/17/17 | 129 | Eric C. Gross | Account Number If Known: | 7100-000 | | 1,155.65 | 281,308.47 |
| 05/17/17 | 130 | Monsanto Company | Account Number If Known: | 7100-000 | | 169,296.92 | 112,011.55 |
| 05/17/17 | 131 | Agricultural Re-Entry Task Force, LLC | Account Number If Known: 5288 | 7100-000 | | 44,859.77 | 67,151.78 |
| 05/17/17 | 132 | Outdoor Residential Exposure Task Force, LLC | Account Number If Known: 2677 | 7100-000 | | 29,909.78 | 37,242.00 |
| 05/17/17 | 133 | Gustavo Bustos-Contreras | Account Number If Known: | 7100-000 | | 11,879.15 | 25,362.85 |
| 05/17/17 | 134 | KENNETH S. EILER | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 22,168.23 | 3,194.62 |
| | | | Dividend paid 100.00% on $22,141.63; Claim# ; Filed: $22,141.63 | 22,141.63 2100-000 | | | 3,194.62 |
| | | | Dividend paid 100.00% on $26.60; Claim# ; Filed: $26.60 | 26.60 2200-000 | | | 3,194.62 |
| 05/17/17 | 135 | OREGON DEPARTMENT OF REVENUE | FORM OR-OTC | | | 740.62 | 2,454.00 |
| | | | SUTA | 156.00 5800-000 | | | 2,454.00 |
| | | | STATE W/H | 540.00 5300-000 | | | 2,454.00 |
| | | | TRIMET | 44.62 5800-000 | | | 2,454.00 |
| 05/18/17 | | INTERNAL REVENUE SERVICE | PAYROLL TAXES | 5800-000 | | 36.00 | 2,418.00 |
| 05/18/17 | | INTERNAL REVENUE SERVICE | PAYROLL TAXES | | | 2,418.00 | 0.00 |
| | | | PAYROLL TAXES | 1,500.00 5300-000 | | | 0.00 |
| | | | PAYROLL TAXES | 372.00 5300-000 | | | 0.00 |
| | | | PAYROLL TAXES | 87.00 5300-000 | | | 0.00 |
| | | | PAYROLL TAXES | 87.00 5800-000 | | | 0.00 |
| | | | PAYROLL TAXES | 372.00 5800-000 | | | 0.00 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 473.29 | -473.29 |
| 06/02/17 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -473.29 | 0.00 |
| 06/10/17 | 128 | American Arbitration Association | Account Number If Known: | 7100-000 | | -2,589.31 | 2,589.31 |

Subtotals : $0.00 $284,386.50

{} Asset reference(s)        Printed: 08/31/2017 01:56 PM    V.13.30

Exhibit 9

Page: 6

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 314-30160RLD7  
**Case Name:** RITTER CHEMICAL, LLC  

**Taxpayer ID #:** **-***2790  
**Period Ending:** 08/31/17  

**Trustee:** KENNETH S. EILER (570100)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0166 - Checking Account  
**Blanket Bond:** $63,926,457.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Stopped: check issued on 05/17/17 | | | | |
| 06/14/17 | 136 | Interstate AG Plastics | Account Number If Known:  1466; 2236; RE54 | 7100-000 | | 15.09 | 2,574.22 |
| 06/14/17 | 137 | Eric C. Gross | Account Number If Known:<br>Stopped on 08/23/17 | 7100-000 | | 11.55 | 2,562.67 |
| 06/14/17 | 138 | Monsanto Company | Account Number If Known: | 7100-000 | | 1,692.36 | 870.31 |
| 06/14/17 | 139 | Agricultural Re-Entry Task Force, LLC | Account Number If Known:  5288 | 7100-000 | | 448.44 | 421.87 |
| 06/14/17 | 140 | Outdoor Residential Exposure Task Force, LLC | Account Number If Known:  2677 | 7100-000 | | 298.99 | 122.88 |
| 06/14/17 | 141 | Gustavo Bustos-Contreras | Account Number If Known:  XXXX XX. XX-XX-X32-KI | 7100-000 | | 118.75 | 4.13 |
| 06/14/17 | 142 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 4.13 | 0.00 |
| 08/23/17 | 137 | Eric C. Gross | Account Number If Known:<br>Stopped: check issued on 06/14/17 | 7100-000 | | -11.55 | 11.55 |
| 08/23/17 | 143 | Eric C. Gross | REISSUED DIVIDEND CHECK | 7100-000 | | 11.55 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 377,822.61 | 377,822.61 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 377,822.61 | 377,822.61 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $377,822.61 | $377,822.61 | |

Net Receipts : 377,822.61  
Plus Gross Adjustments : 10.00  
Net Estate : $377,832.61  

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******0166** | 377,822.61 | 377,822.61 | 0.00 |
| | $377,822.61 | $377,822.61 | $0.00 |

{} Asset reference(s)  

Printed: 08/31/2017 01:56 PM    V.13.30